UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN JACKSON, | Case No. 1:25-cv-00315-KES-EPG (PC) |
| Plaintiff, | ORDER RE: DECLARATION AND STIPULATION FOR DISMISSAL OF CERTAIN DEFENDANTS WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO TERMINATE CERTAIN DEFENDANTS AND MOTION TO DISMISS |
| v. | |
| JOEL BRAVO, et al., | |
| Defendants. | (ECF Nos. 11, 39, 40). |

On February 6, 2026, the parties filed two related filings. (ECF Nos. 39, 40). The first is a declaration from Plaintiff's attorney—Arnoldo Casillas—stating that the parties will be filing a stipulation of dismissal as to the State of California and the California Department of Corrections and Rehabilitation (CDCR) and also stating as follows:

> Your declarant and Mr. Allin also conferred about the factual allegations made in the complaint related to the prison and hospital facilities identified in the complaint. To expedite the proceedings and to address factual issues raised by Mr. Allin, your declarant would like to file a second amended complaint. Because the allegations at issue will require consultation with Plaintiff Alvin Jackson, who remains in custody in the Kern Valley State Prison, your declarant asks that this court grant leave to file Plaintiff's Second Amended Complaint no later than February 13, 2026.

(ECF No. 39, p. 2).

Because it is unclear whether any Defendant will oppose leave to amend, the Court will permit Plaintiff to file a motion requesting leave to file a second amended complaint by no later than February 13, 2026.

1

The second filing is the parties' joint stipulation dismissing the State of California and CDCR as Defendants with prejudice. (ECF No. 40). In light of the parties' stipulation, these Defendants have been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and have been dismissed with prejudice. Because these Defendants have been dismissed, the Court will direct the Clerk of Court to terminate as no longer pending their motion to dismiss filed on July 21, 2025. (ECF No. 11).

Accordingly, IT IS ORDERED as follows:

1. The Clerk of Court is directed to terminate the State of California and the California Department of Corrections and Rehabilitation as Defendants on the docket.

2. Plaintiff shall file any motion requesting leave to file a second amended complaint by no later than February 13, 2026. Defendants shall file their opposition briefs or statements of non-opposition within 14 days after Plaintiff's motion is filed. Local Rule 230(b).

3. Because the State of California and the California Department of Corrections and Rehabilitation have been dismissed from this case, the Clerk of Court is directed to terminate their motion to dismiss as no longer pending. (ECF No. 11).

IT IS SO ORDERED.

Dated:    **February 9, 2026**                    /s/ _Erin P. Group_
                                                  UNITED STATES MAGISTRATE JUDGE

2